In the Matter of the Claim of WALTER DANIUL, Respondent, v. ALLIED CHEMICAL CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.